Law Offices of

**Donna R. Newman**

Attorney at Law
New York, New York 10007
Tel. 212-229-1516
Fax. 212-676-7497
cell: 201-306-4369
donnanewmanlaw@aol.com

Member: N.Y. & N.J. Bar

April 3, 2020

**VIA EMAIL & ECF**

Hon. J. Paul Oetken
United States District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

      Re:   *United States v. Darrell Lawrence*, Juan Tejeda, et al.
            19 Cr. 00761 (JPO)

Dear Judge Oetken:

    I am appointed to represent Mr. Tejeda under the Criminal Justice Act. I write to request permission for myself and members of my team who are also appointed under the Criminal Justice Act, Romedio Viola, investigator and Leyla Tonak, paralegal, be permitted to submit interim vouchers.

    I thank you for your attention to this matter.

Very truly yours,
   /s/
Donna R. Newman
Cc: Romedio Viola via Email
    Leyla Tonak via Email

> Granted.
> So ordered.
>   April 6, 2020

J. PAUL OETKEN
United States District Judge