Law Offices of
**Donna R. Newman**
Attorney at Law
New York, New York 10007
Tel. 212-229-1516
Fax. 212-676-7497
cell: 201-306-4369
donnanewmanlaw@aol.com

Member: N.Y. & N.J. Bar

May 8, 2020

**VIA EMAIL & ECF**

Hon. J. Paul Oetken
United States District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

                            Re:    *United States v. Darrell Lawrence*, Juan Tejeda, et al.
                                    19 Cr. 00761 (JPO)

Dear Judge Oetken:

      On May 6, 2020 I filed a motion on behalf of Mr. Tejeda for reconsideration of the Court's prior denial of Mr. Tejeda's application for bond. See DKT. Entry # 110. This letter an attached exhibit is a supplement to that motion. Exhibit t C to the bail motion is a declaration by Romedio Viola (see Dkt. Entry # 110-3). It is reproduced hereto as exhibit A.  Mr. Viola states in paragraph 8 of his declaration that he is in possession of the "fake gun" used in the Mac Talk 2 video. Exhibit A, par. 8 (see Dkt. Entry # 110-3, par 8).  The photograph which is now attached to Mr. Viola's declaration is a picture of the "fake gun" he is referencing in paragraph 8 of his declaration.

Respectfully submitted,
   /s/
Donna R. Newman
Enc.
Cc: AUSA Jamie Bagliebter email & ECF
     AUSA Frank Balsamello email & EC
     All Counsel of Record via ECF