Law Offices of
**Donna R. Newman**
Attorney at Law
New York, New York 10007
Tel. 212-229-1516
Fax. 212-676-7497
cell: 201-306-4369
donnanewmanlaw@aol.com

Member: N.Y. & N.J. Bar

February 5, 2021

**VIA EMAIL & ECF**

Hon. J. Paul Oetken
United States District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

        Re: <u>United States v. Darrell Lawrence</u>, Juan Tejeda, et al.
          19 Cr. 00761 (JPO)

Dear Judge Oetken:

  With the consent of the Government, I write to request an adjournment of Mr. Tejeda's sentencing that is currently scheduled for February 26th at 11:00. We seek a date during the week of April 12 (except for April 16). We make this request to allow an in-person sentencing proceeding.

Respectfully submitted,
 /s/
Donna R. Newman
cc: AUSA Frank Balsamello via ECF
  AUSA Jamie Bagliebter via ECF
  Juan Tejeda via first class mail

> Granted.
> The February 26, 2021 sentencing is hereby adjourned to April 12, 2021, at 5:00 p.m.
>  So ordered: 2/9/2021

_____
J. PAUL OETKEN
United States District Judge